Josh H. Escovedo, State Bar No. 284506
Kavan J. Jeppson, State Bar No. 327547
Anders L. Bostrom, State Bar No. 332939
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
jescovedo@weintraub.com
kjeppson@weintraub.com
abostrom@weintraub.com

Attorneys for Defendant
BIBA RESTAURANT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBA RESTAURANT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUNE CHANG, an individual; KAREL MULAC, an individual; JOHN BLACK, an individual; PENNY SHERIDAN, an individual; MATTONE RISTORANTE, an entity of unknown form, and DOES 1 through 30<br><br>　　　　Defendants. | Case No. 2:21-cv-01150-JAM-AC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER REGARDING DISMISSAL**<br><br><br>Complaint Filed:  June 10, 2021<br>Date of Removal:  June 28, 2021 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 143(a) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in the above-captioned action hereby stipulate to the voluntary dismissal of this action with prejudice.

| | | |
|---|---|---|
| 1 | Dated: February 9, 2022 | Respectfully submitted, |
| 2 | | **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN |
| 3 | | Law Corporation |
| 4 | | By:   /s/ Josh H. Escovedo |
| 5 | |        Josh H. Escovedo, CSBN 284506 |
| 6 | |        Attorneys for Plaintiff Biba Restaurant, Inc. |
| 7 | Dated: February 9, 2022 | Respectfully submitted, |
| 8 | | **PALMER KAZANJIAN WOHL HODSON LLP** |
| 10 | | By:   /s/ Christopher Wohl |
| 11 | |        Christopher Wohl, CSBN 170280 |
| 12 | |        Attorneys for Defendants June Chang, Karel Mulac, John Black, Penny Sheridan, and Mattone Ristorante |

# ORDER

The Court, having reviewed and considered the Stipulation for Voluntary Dismissal, hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: February 9, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE